UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL DIAZ,<br><br>    Petitioner,<br><br>    v.<br><br>GREG LEWIS, WARDEN,<br><br>    Respondent. | CASE NO. CV 12-5320-AG (PJW)<br><br>ORDER ACCEPTING FINAL REPORT, ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND GRANTING CERTIFICATE OF APPEALABILITY |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge with the exception of the recommendation that Petitioner is not entitled to a certificate of appealability.

The interrogation that occurred here pushed hard against the bounds of propriety and threatened the integrity of the process. It was not a model for future interrogations. Reasonable jurists would find debatable whether Petitioner's confession was the result of improper police conduct. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). For that reason, the Court certifies that issue for appeal.

1  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v.*
2  *Cockrell*, 537 U.S. 322, 336 (2003).

4  DATED:  Sept 4, 2013

                                    _____
                                    ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE

27  C:\Users\aguilford\AppData\Local\Temp\notesC7A056\Order accep r&r2.wpd