UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAUL DIAZ, | ) | CASE NO. CV 12-5320-AG (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| GREG LEWIS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Sept 4, 2013.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\DIAZ, S 5320\Judgment.wpd